**DUPACO, INC., Appellant,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee.**

**No. 2010–1562.**

United States Court of Appeals, Federal Circuit.

Dec. 12, 2011.

Edward W. Callan, of San Diego, California, argued for appellant.

Benjamin D.M. Wood, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and William Lamarca, Associate Solicitor.

RADER, Chief Judge, BRYSON and REYNA, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

LOURIE, PLAGER, and DYK, Circuit Judges.